

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00171-CR

---

Derrick Gilbert, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the County Court at Law No. 2
Bell County, Texas[1]
Trial Court No. 25CCR07779

---

## MEMORANDUM OPINION

Appellant, Derrick Gilbert, was convicted of failure to identify and was sentenced to three days imprisonment in the Bell County jail. On July 1, 2026, Gilbert's counsel filed a motion to dismiss this appeal. For the following reasons, we grant the motion and dismiss the appeal.

---

[1] This case was transferred pursuant to the Texas Supreme Court's docket equalization efforts. Tex. Gov't Code § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

Texas Rule of Appellate Procedure 42.2(a) authorizes the voluntary dismissal of a criminal appeal when the motion to dismiss is signed by both the appellant and his counsel. Tex. R. App. P. 42.2(a). Included with Counsel's motion is a handwritten letter from Gilbert to Counsel in which Gilbert states that he "would like to stop all proceedings" in this appeal. In the motion, Counsel explains that he attempted to contact Gilbert and obtain his signature for a motion to dismiss by writing to Gilbert's last known address and by contacting the Bell County Jail, but Gilbert had already been released from jail and did not leave a forwarding address.

We conclude that Gilbert's letter, together with Counsel's motion, are sufficient to meet the requirements of Rule 42.2(a). *See, e.g.*, *McGee v. State*, No. 10-16-00136-CR, 2016 WL 4691292 at *1 (Tex. App.—Waco June 15, 2016, no pet.). Accordingly, we GRANT the motion and dismiss the appeal.

GINA M. PALAFOX, Justice

July 23, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.

(Do Not Publish)

2